# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2014

## NO. 03-11-00655-CV

**A-TX Property Management, Appellant**

**v.**

**Jesus Rodriguez and Sandra Rodriguez, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 22, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment as to the award of damages and remands the case to the trial court for further proceedings of recalculation of treble damages in accordance with our opinion issued October 17, 2013. The Court affirms the trial court's judgment in all other respects. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.